**Hilton Honors Surpass® Card**

EL HADJI A TOURE
Closing Date 01/22/26
Account Ending [redacted]3002

Hilton HONORS

p. 1/5

**Customer Care:** 1-833-698-2566
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$19,087.02** |
| **Minimum Payment Due** | **$381.74** |
| **Payment Due Date** | **02/16/26** |

**Hilton Honors Points**
Earned this Period

**57,261**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 02/16/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section.

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Charges | +$19,087.02 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$19,087.02** |
| **Minimum Payment Due** | **$381.74** |
| Credit Limit | $20,000.00 |
| Available Credit | $912.98 |
| Cash Advance Limit | $4,000.00 |
| Available Cash | $912.98 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending [redacted]3002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

EL HADJI A TOURE
9510 SANDIA SPGS CIR
CYPRESS TX 77433-7776

Payment Due Date
**02/16/26**

New Balance
**$19,087.02**

Minimum Payment Due
**$381.74**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ ________ . ____
**Amount Enclosed**

[redacted] 18 H

1

EXHIBIT A

Mail - Brendetta Scott - Outlook



**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

**3.** You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

## Hilton Honors Surpass® Card

EL HADJI A TOURE
Closing Date 01/22/26

Hilton HONORS



Account Ending [redacted]3002

**Customer Care & Billing Inquiries** **1-833-698-2566**
International Collect 1-336-393-1111
Cash Advance at ATMs Inquiries 1-800-CASH-NOW
**Large Print & Braille Statements** **1-833-698-2566**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-833-698-2566**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$19,087.02** |

### Detail

**EL HADJI A TOURE**
Card Ending [redacted]3002

| | | | | Amount |
|---|---|---|---|---|
| 01/08/26 | GOV*HCTAX<br>D2F743FB-BFFF-43677002<br>ACCOUNT NUMBER: 1327770030<br>TRANSACTION FEES | HOUSTON | TX | $4,574.17 |
| 01/08/26 | PSVJ *JPMC FEE<br>MISC PAYMENT | 800-420-1663 | NC | $112.62 |
| 01/08/26 | CYPRESS FAIRBANKS TA<br>TAX PMT | 281-664-6300 | TX | $4,504.73 |
| 01/08/26 | OPC TAX*SERVICE FEE 000000080<br>8668665257 | NORCROSS | GA | $119.22 |
| 01/08/26 | OPC*Harris MUD501 UTLTx 000001298<br>7139329011 | Houston | TX | $3,987.16 |
| 01/09/26 | PROPAY*TOWNE LAKE COMMUNITY ASSO 39367<br>6675_612@AllianceAssociat | 4809217500 | AZ | $2,898.00 |
| 01/09/26 | EXPEDIA 73345149928692<br>8777877186 / frdss@expedi | EXPEDIA.COM | WA | $2,891.12 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Card Member Agreement for details.



Continued on reverse

## 2026 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2026 | $0.00 |
| Total Interest in 2026 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 02/21/2019 | | 26.24% (v) | $0.00 | $0.00 |
| Cash Advances | 02/21/2019 | | 28.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

## Hilton Honors Points Earned

Hilton Honors Account Number: XXXXX7555

Hilton HONORS

| | Current Period | Year to Date |
|---|---|---|
| **Total Hilton Honors Points Earned** | **57,261** | **57,261** |

Your qualifying Year-to-Date spend on your Hilton Honors American Express Surpass® Card is $19,087.00. To qualify for Hilton Honors Diamond Status, you need to have $40,000 qualified spend by December 31st.

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Card Member Agreement

To access the most up to date version of your Card Member Agreement, please log in to your Account at **www.americanexpress.com**.

*End of Important Notices.*



EXHIBIT A

**Hilton Honors Surpass® Card**

EL HADJI A TOURE
Closing Date 02/19/26
Account Ending [redacted]3002

Hilton HONORS



**Customer Care:** 1-833-698-2566
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$20,103.47** |
| **Minimum Payment Due** | **$592.85** |
| **Payment Due Date** | **03/16/26** |

**Hilton Honors Points**
Earned this Period

**4,950**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| | |
|---|---|
| Previous Balance | $19,087.02 |
| Payments/Credits | -$381.74 |
| New Charges | +$1,005.72 |
| Fees | +$0.00 |
| Interest Charged | +$392.47 |
| **New Balance** | **$20,103.47** |
| **Minimum Payment Due** | **$592.85** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $4,000.00 |
| Available Cash | $0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 03/16/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 28 years | $62,683 |
| $815 | 3 years | $29,337 *(Savings = $33,346)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section to find your Renewal Notice on your Membership, which renews next month, and to find any other communications.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending [redacted]3002**
Enter 15 digit account # on all payments.
Make check payable to American Express.

EL HADJI A TOURE
9510 SANDIA SPGS CIR
CYPRESS TX 77433-7776

Payment Due Date
**03/16/26**
New Balance
**$20,103.47**
Minimum Payment Due
**$592.85**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ ________ . ____
**Amount Enclosed**

[redacted] 18 H



EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.
- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

AMERICAN EXPRESS

**Hilton Honors Surpass® Card**
EL HADJI A TOURE
Closing Date 02/19/26

Hilton HONORS



Account Ending [redacted]3002

**Customer Care & Billing Inquiries** **1-833-698-2566**
International Collect 1-336-393-1111
Cash Advance at ATMs Inquiries 1-800-CASH-NOW
**Large Print & Braille Statements** **1-833-698-2566**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-833-698-2566**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$381.74 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$381.74** |

### Detail

*Indicates posting date

| **Payments** | | **Amount** |
|---|---|---|
| 01/24/26* | MOBILE PAYMENT - THANK YOU | -$381.74 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$1,005.72** |

### Detail

**EL HADJI A TOURE**
Card Ending [redacted]3002

| Date | Description | City | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 01/23/26 | ROYAL AIR MAROC DAKAR<br>ROYAL AIR MAROC<br>From: PARIS ORLY APT<br>To: CASABLANCA; BAMAKO<br>Carrier: AT; AT<br>Class: N; N<br>Ticket Number: 1472425908920<br>Passenger Name: TOURE/BADJI MISS<br>Document Type: PASSENGER TICKET<br>Date of Departure: 02/04 | DAKAR | SE | 159,500 Cntr Fr African Francs BCEAO | $285.37 |
| 02/01/26 | WALMART GAS PUMP 4465 4465<br>AUTO FUEL DISPENSER | CYPRESS | TX | | $24.97 |
| 02/01/26 | PAR*FOGO CYPRESS 000008528<br>7139786500 | JERSEY VLG | TX | | $155.73 |
| 02/01/26 | FIVE GUYS TX 4137 QSR 000004137<br>8663454897 | CYPRESS | TX | | $32.71 |
| 02/02/26 | UEP*DUMPLINGS & NOODLES D 000005916<br>4847473437 | THE WOODLANDS | TX | | $48.04 |
| 02/03/26 | WALMART GAS PUMP 4465 4465<br>AUTO FUEL DISPENSER | CYPRESS | TX | | $20.10 |
| 02/03/26 | MVP VALET/SUNRISE BRHOUS<br>832-573-9948 | HOUSTON | TX | | $6.18 |
| 02/03/26 | ON STREET<br>PARKING LOT & GARAGE | HOUSTON | TX | | $2.85 |



Continued on reverse

EXHIBIT A

EL HADJI A TOURE Account Ending [redacted]3002 p. 4/8

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 02/04/26 | TST* THE SUNRISE HOUSE - 300667334 7134854034 | HOUSTON | TX | | $64.12 |
| 02/10/26 | TST* ARABISCA 000021785 2818615371 | CYPRESS | TX | | $92.34 |
| 02/13/26 | TST* ARABISCA 000021785 2818615371 | CYPRESS | TX | | $132.07 |
| 02/13/26 | FIVE GUYS TX 4137 QSR 000004137 8663454897 | CYPRESS | TX | | $19.04 |
| 02/13/26 | MCDONALD'S F36342 000000000032304 2817973210 | CYPRESS | TX | | $10.15 |
| 02/13/26 | ONE RUN 346-387-9503 | CYPRESS | TX | | $25.33 |
| 02/17/26 | CHICK-FIL-A #03509 000000000564223 2817581240 | CYPRESS | TX | | $17.36 |
| 02/17/26 | KROGER FUEL CTR #7115 000007115 8666111979 | CYPRESS | TX | | $19.35 |
| 02/18/26 | TST* ARABISCA 000021785 2818615371 | CYPRESS | TX | | $50.01 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 02/19/26 | Interest Charge on Purchases | $392.47 |
| **Total Interest Charged for this Period** | | **$392.47** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Card Member Agreement for details.

## 2026 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2026 | $0.00 |
| Total Interest in 2026 | $392.47 |

**Hilton Honors Surpass® Card**
EL HADJI A TOURE
Closing Date 02/19/26

Hilton HONORS



Account Ending [redacted]3002

## Interest Charge Calculation

Days in Billing Period: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 02/21/2019 | | 26.24% (v) | $19,494.93 | $392.47 |
| Cash Advances | 02/21/2019 | | 28.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$392.47** |

(v) Variable Rate

## Hilton Honors Points Earned

Hilton Honors Account Number: XXXXX7555

Hilton HONORS

| | Current Period | Year to Date |
|---|---|---|
| Points Earned for Eligible Purchases | 3,012 | 60,273 |
| Total Bonus Points Earned | 1,938 | 1,938 |
| **Total Hilton Honors Points Earned** | **4,950** | **62,211** |

## Bonus Points Earned

| | Current Period |
|---|---|
| U.S. Gas Stations | 75 |
| U.S. Restaurants | 1,863 |
| **Total** | **1,938** |

Your qualifying Year-to-Date spend on your Hilton Honors American Express Surpass® Card is $20,093.00. To qualify for Hilton Honors Diamond Status, you need to have $40,000 qualified spend by December 31st.

## IMPORTANT NOTICES

### Renewal Notice

Your Account renews next month. The following terms will be in effect when your Account renews, unless we tell you otherwise. **Please refer to Page 2 for more information about your Account, including How We Calculate Your Balance, Paying Interest, and Foreign Currency Charges.**

**Annual Fee:** The annual fee for your Account is $150.00. When you receive the statement in which the annual fee is billed, you can avoid paying the annual fee by calling the Customer Care phone number found on your statement to cancel your Account. You must call within 30 days of the Closing Date of the billing statement on which that fee appears.

**Plan Fee (Fixed Finance Charge):** The Plan It feature will be in effect when your Account renews unless we tell you otherwise. Your Plan Fee will be a monthly fee of up to 1.33% of each purchase placed in a plan based on the plan duration, the APR that would otherwise apply to the purchase, and other factors. If you have active plans, further details can be found in the Plan It section.

**APR Information:** The Annual Percentage Rates *(APRs)* for each billing period may vary based on the Prime Rate. We use the Prime Rate published in the rates section of *The Wall Street Journal* on the Closing Date of the billing period. *The Wall Street Journal* may not publish the Prime Rate on that day. If it does not, we will use the Prime Rate from the previous day it was published.

The Penalty APR may apply to your Account if you make one or more late payments or if your payment is returned. We may also consider your creditworthiness in determining whether or not to apply the penalty APR to your Account. If the Penalty APR is applied, it will apply for at least 6 months. We will review your Account every 6 months after the Penalty APR is applied. The Penalty APR will continue to apply until you have made timely payments with no returned payments during the 6 months being reviewed.

Please refer to the **Interest Charge Calculation** section within this billing statement for the APRs that apply to this account as of the Closing Date of this statement.

*Important Notices continued on next page.*



EXHIBIT A

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Events with Amex™ Benefit Removal

**Effective June 10th, 2026**, Events with Amex™ will be removed as a Card Member benefit. Although Events with Amex™ will be discontinued, Card Members can still access special tickets, unique offers, and exclusive Card Member experiences at select events. Learn more about Amex Experiences at **Americanexpress.com/entertainment**.

*End of Important Notices.*



EXHIBIT A

AMERICAN EXPRESS

**Hilton Honors Surpass® Card**

EL HADJI A TOURE
Closing Date 03/22/26
Account Ending [redacted]3002

Hilton HONORS



**Customer Care:** 1-833-698-2566
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$20,735.66** |
| **Minimum Payment Due** | **$1,300.86** |
| Includes the past due amount of $592.85 | |
| **Payment Due Date** | **04/16/26** |

**View your Hilton Honors point balance at hiltonhonors.com**

## Account Summary

| | |
|---|---|
| Previous Balance | $20,103.47 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$179.00 |
| Interest Charged | +$453.19 |
| **New Balance** | **$20,735.66** |
| **Minimum Payment Due** | **$1,300.86** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $4,000.00 |
| Available Cash | $0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 04/16/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 28 years | $63,158 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is past due.

Please refer to the **IMPORTANT NOTICES** section for a notice that your APR will be increased to the Penalty Rate and any other communications.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** [redacted]**3002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

EL HADJI A TOURE
9510 SANDIA SPGS CIR
CYPRESS TX 77433-7776

Payment Due Date
**04/16/26**

New Balance
**$20,735.66**

Minimum Payment Due
**$1,300.86**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ ________ . ____
**Amount Enclosed**

[redacted] 18 H



EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

**3.** You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**Hilton Honors Surpass® Card**

EL HADJI A TOURE
Closing Date 03/22/26



Account Ending [redacted]3002

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-833-698-2566** |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-833-698-2566** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-833-698-2566**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | | Amount |
|---|---|---|
| 03/16/26 | Late Payment Fee | $29.00 |
| 03/22/26 | ANNUAL FEE | $150.00 |
| **Total Fees for this Period** | | **$179.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 03/22/26 | Interest Charge on Purchases | $453.19 |
| **Total Interest Charged for this Period** | | **$453.19** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Card Member Agreement for details.

## 2026 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2026 | $179.00 |
| Total Interest in 2026 | $845.66 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | Transactions Dated To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 02/21/2019 | | 26.24% (v) | $20,332.26 | $453.19 |
| Cash Advances | 02/21/2019 | | 28.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$453.19** |

(v) Variable Rate

EL HADJI A TOURE Account Ending [redacted]3002 p. 4/6

## Hilton Honors Points Earned

Hilton Honors Account Number: XXXXX7555

Hilton HONORS

| | Current Period | Year to Date |
|---|---|---|
| Points Earned for Eligible Purchases | 0 | 60,273 |
| Total Bonus Points Earned | 0 | 1,938 |
| **Total Hilton Honors Points Earned** | **0** | **62,211** |

Your qualifying Year-to-Date spend on your Hilton Honors American Express Surpass® Card is $20,093.00. To qualify for Hilton Honors Diamond Status, you need to have $40,000 qualified spend by December 31st.

## IMPORTANT NOTICES

### Penalty APR Notice

You have triggered the Penalty Annual Percentage Rate *(APR)* on your account. The Penalty APR is currently **29.99%**, which is based on the Prime Rate plus 26.74% (not to exceed 29.99%). The Penalty APR is being imposed because of your late payment(s). This change will impact your account as follows:

**Transactions made on or after 04/10/2026:** As of 05/23/2026, the Penalty APR will apply to these transactions. We will review your Account every 6 months after the Penalty APR is applied. Each of these 6 months is a review period. Please note the first review period may be shorter than 6 months. If you make timely payments and have no returned payments during an entire review period, the Penalty APR will cease to apply on the first day of the billing period following that review.

**Transactions made before 04/10/2026:** Current rates will continue to apply to these transactions.

*Important Notices continued on next page.*



EXHIBIT A

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Events with Amex™ Benefit Removal

**Effective June 10th, 2026**, Events with Amex™ will be removed as a Card Member benefit. Although Events with Amex™ will be discontinued, Card Members can still access special tickets, unique offers, and exclusive Card Member experiences at select events. Learn more about Amex Experiences at **Americanexpress.com/entertainment**.

*End of Important Notices.*

**Hilton Honors Surpass® Card**

EL HADJI A TOURE
Closing Date 04/21/26
Account Ending [redacted]3002

Hilton HONORS



**Customer Care:** 1-833-698-2566
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$21,227.76** |
| **Minimum Payment Due** | **$2,039.18** |
| Includes the past due amount of $1,300.86 | |
| **Payment Due Date** | **05/16/26** |

**View your Hilton Honors point balance at hiltonhonors.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 05/16/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $62,945 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

## Account Summary

| | |
|---|---|
| Previous Balance | $20,735.66 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$40.00 |
| Interest Charged | +$452.10 |
| **New Balance** | **$21,227.76** |
| **Minimum Payment Due** | **$2,039.18** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $4,000.00 |
| Available Cash | $0.00 |

**WARNING:** Your account is past due.

Please refer to the **IMPORTANT NOTICES** section.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** [redacted]**3002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

EL HADJI A TOURE
9510 SANDIA SPGS CIR
CYPRESS TX 77433-7776

Payment Due Date
**05/16/26**

New Balance
**$21,227.76**

Minimum Payment Due
**$2,039.18**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

**$** ________ . ______
**Amount Enclosed**

[redacted] 18 H



EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

**3.** You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

Mail - Brendetta Scott - Outlook

AMERICAN EXPRESS

**Hilton Honors Surpass® Card**

Hilton HONORS



EL HADJI A TOURE
Closing Date 04/21/26

Account Ending [redacted]3002

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-833-698-2566** |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-833-698-2566** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-833-698-2566**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | | Amount |
|---|---|---|
| 04/16/26 | Late Payment Fee | $40.00 |
| **Total Fees for this Period** | | **$40.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 04/21/26 | Interest Charge on Purchases | $452.10 |
| **Total Interest Charged for this Period** | | **$452.10** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Card Member Agreement for details.

## 2026 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2026 | $219.00 |
| Total Interest in 2026 | $1,297.76 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 04/10/2026 | | 26.24% (v) | $6.67 | $0.14 |
| Purchases | 02/21/2019 | 04/09/2026 | 26.24% (v) | $20,953.29 | $451.96 |
| Cash Advances | 04/10/2026 | | 28.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$452.10** |

(v) Variable Rate

EL HADJI A TOURE    Account Ending [redacted]3002    p. 4/5

## Hilton Honors Points Earned

Hilton Honors Account Number: XXXXX7555

Hilton HONORS

| | Current Period | Year to Date |
|---|---|---|
| Points Earned for Eligible Purchases | 0 | 60,273 |
| Total Bonus Points Earned | 0 | 1,938 |
| **Total Hilton Honors Points Earned** | **0** | **62,211** |

Your qualifying Year-to-Date spend on your Hilton Honors American Express Surpass® Card is $20,093.00. To qualify for Hilton Honors Diamond Status, you need to have $40,000 qualified spend by December 31st.

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Card Member Agreement

To access the most up to date version of your Card Member Agreement, please log in to your Account at **www.americanexpress.com**.

*End of Important Notices.*

AMERICAN EXPRESS

## Hilton Honors Surpass® Card

EL HADJI A TOURE
Closing Date 05/22/26
Account Ending [redacted]3002

Hilton HONORS

p. 1/6

**Customer Care:** 1-833-698-2566
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$21,227.76** |
| **Minimum Payment Due** | **$2,490.33** |
| Includes the past due amount of $2,039.18 | |
| **Payment Due Date** | **06/16/26** |

**View your Hilton Honors point balance at hiltonhonors.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $21,227.76 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$21,227.76** |
| **Minimum Payment Due** | **$2,490.33** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/16/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $61,929 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section for any changes to your Account terms and any other communications.

**This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** [redacted]**3002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

EL HADJI A TOURE
9510 SANDIA SPGS CIR
CYPRESS TX 77433-7776

Payment Due Date
**06/16/26**

New Balance
**$21,227.76**

Minimum Payment Due
**$2,490.33**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ ____________ . ______
**Amount Enclosed**

[redacted] 18 4



EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

**3.** You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**Hilton Honors Surpass® Card**

Hilton HONORS

p. 3/6

EL HADJI A TOURE
Closing Date 05/22/26

Account Ending [redacted]3002

**Customer Care & Billing Inquiries** **1-833-698-2566**
International Collect 1-336-393-1111
Cash Advance at ATMs Inquiries 1-800-CASH-NOW
**Large Print & Braille Statements** **1-833-698-2566**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-833-698-2566**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | **Amount** |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | **Amount** |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Card Member Agreement for details.

## 2026 Fees and Interest Totals Year-to-Date

| | **Amount** |
|---|---|
| Total Fees in 2026 | $219.00 |
| Total Interest in 2026 | $1,297.76 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | **Transactions Dated From** | **To** | **Annual Percentage Rate** | **Balance Subject to Interest Rate** | **Interest Charge** |
|---|---|---|---|---|---|
| Purchases | 04/10/2026 | | 26.24% (v) | $0.00 | $0.00 |
| Cash Advances | 04/10/2026 | | 28.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

EL HADJI A TOURE | Account Ending [redacted]3002 | p. 4/6

## Hilton Honors Points Earned

Hilton Honors Account Number: XXXXX7555

Hilton HONORS

| | Current Period | Year to Date |
|---|---|---|
| Points Earned for Eligible Purchases | 0 | 60,273 |
| Total Bonus Points Earned | 0 | 1,938 |
| **Total Hilton Honors Points Earned** | **0** | **62,211** |

Your qualifying Year-to-Date spend on your Hilton Honors American Express Surpass® Card is $20,093.00. To qualify for Hilton Honors Diamond Status, you need to have $40,000 qualified spend by December 31st.

## IMPORTANT NOTICES

### Notice of Important Change to Your Card Member Agreement

We are making a change to your American Express Card Member Agreement *(Agreement)* for the Account referenced with this notice. We encourage you to read this notice, share it with Additional Card Members on your Account, and file it for future reference.

| Summary of Change Effective Immediately | |
|---|---|
| **Using the Card** | We are adding the below sentence to the first paragraph of the *Using the Card* section of Part 2 of the Agreement:<br>You agree to use the Card for personal, family, or household purposes only. |

ID 13686

### Detail of Changes to Your Card Member Agreement

This notice amends your Agreement as described below.

**Effective immediately**, we are adding the below sentence to the first paragraph of the *Using the Card* section of Part 2 of the Agreement:

You agree to use the Card for personal, family, or household purposes only.

CMLENGDPRUS0339

*Important Notices continued on next page.*



EXHIBIT A

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*



EXHIBIT A

AMERICAN EXPRESS

**Hilton Honors Surpass® Card**

Hilton HONORS

p. 1/5

EL HADJI A TOURE
Closing Date 06/21/26
Account Ending [redacted]3002

**Customer Care:** 1-833-698-2566
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$21,227.76** |
| **Minimum Payment Due** | **$2,941.48** |
| Includes the past due amount of $2,490.33 | |
| **Payment Due Date** | **07/16/26** |

**View your Hilton Honors point balance at hiltonhonors.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/16/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 27 years | $60,913 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section.

**This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

## Account Summary

| | |
|---|---|
| Previous Balance | $21,227.76 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$21,227.76** |
| **Minimum Payment Due** | **$2,941.48** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending [redacted]3002**
Enter 15 digit account # on all payments.
Make check payable to American Express.

EL HADJI A TOURE
9510 SANDIA SPGS CIR
CYPRESS TX 77433-7776

Payment Due Date
**07/16/26**
New Balance
**$21,227.76**
Minimum Payment Due
**$2,941.48**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197-6031

$ ________ . ____
**Amount Enclosed**

[redacted] 18 Ч

31

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

**3.** You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**Hilton Honors Surpass® Card**
EL HADJI A TOURE
Closing Date 06/21/26

Hilton HONORS



Account Ending [redacted]3002

**Customer Care & Billing Inquiries** **1-833-698-2566**
International Collect 1-336-393-1111
Cash Advance at ATMs Inquiries 1-800-CASH-NOW
**Large Print & Braille Statements** **1-833-698-2566**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-833-698-2566**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 6031
CAROL STREAM IL
60197-6031

## Fees

| | **Amount** |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | **Amount** |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Card Member Agreement for details.

## 2026 Fees and Interest Totals Year-to-Date

| | **Amount** |
|---|---|
| Total Fees in 2026 | $219.00 |
| Total Interest in 2026 | $1,297.76 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | **Transactions Dated From** | **To** | **Annual Percentage Rate** | **Balance Subject to Interest Rate** | **Interest Charge** |
|---|---|---|---|---|---|
| Purchases | 04/10/2026 | | 26.24% (v) | $0.00 | $0.00 |
| Cash Advances | 04/10/2026 | | 28.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

EL HADJI A TOURE Account Ending [redacted]3002 p. 4/5

## Hilton Honors Points Earned

Hilton Honors Account Number: XXXXX7555

| | Current Period | Year to Date |
|---|---|---|
| Points Earned for Eligible Purchases | 0 | 60,273 |
| Total Bonus Points Earned | 0 | 1,938 |
| **Total Hilton Honors Points Earned** | **0** | **62,211** |

Your qualifying Year-to-Date spend on your Hilton Honors American Express Surpass® Card is $20,093.00. To qualify for Hilton Honors Diamond Status, you need to have $40,000 qualified spend by December 31st.

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*